Howard Moore, Appellee, v. Walter Locander, Trading as Locander Roofing Company, Appellant.

Gen. No. 10,315.

opinion filed April 21, 1949; rehearing denied June 8, 1949; released for publication June 8, 1949. Wiley & Wiley and Clyde E. Mitchell, for appellant; Paul D. Perona, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.

Mary Murphy, Appellee, v. Charles L. Wilkins and Clarence Carmody, Appellants.

Gen. No. 10,347.

opinion filed April 21, 1949; rehearing denied June 8, 1949; released for publication June 8, 1949. Hunter, Kavanagh, McLaughlin & Bond and Cassidy, Sloan & Crutcher, for appellant; Knoblock, McConnell & Kennedy, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.